# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# THIRD DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　Criminal No. 07-186 MJD/AJB

　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

MICHAEL SCOTT WAHLSTROM,

　　　　　Defendant.


　　　William Otteson, Esq., Andrew Dunne, Esq., and Andrew Winter, Esq., Assistant United States Attorneys, for the plaintiff, United States of America;

　　　James R. Behrenbrinker, Esq., for the defendant, Michael Scott Wahlstrom.


　　　Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated July 11, 2007, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that defendant Michael Scott Wahlstrom's Motion for Suppression of Statements is **denied** [Docket No. 28].

Dated: July 25, 2007

　　　　　　　　　　　　　　　　　　　　　　s/Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge